IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR RAMOS,** | Case No. 2:24-cv-00946-DAD-DMC-P |
| Petitioner, | **ORDER** |
| v. | |
| **THOMAS TYLER,** | |
| Respondent. | |

    Pending before the Court is Respondent's motion to relieve him of the obligation to respond to Petitioner's petition pursuatnt to the Court's May 8, 2024, order pending resolution of Petitioner's unopposed motion for an order staying this case and holding further proceedings in abeyance to allow Petitioner to exhaust state court remedies. See ECF No. 12. Good cause appearing therefor, Respondent's motion will be granted. Petitoiner's unopposed motion will be addressed separately.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED as follows:

2  1. Respondent's motion, ECF No. 12, is GRANTED.

3  2. Respondent is relieved of the obligation to respond to Petitioner's petition.

Dated:  June 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE